# Exhibit A

Page 165

1    A   Yeah.
2    Q   And Twitter?
3    A   Yes.
4    Q   And do you understand you expect this to be
5  placed on Facebook and Twitter?
6    A   Yes, yes.
7        MR. FISCHER:  I'll mark as 11 an e-mail dated
8  October 12, 2012.
9        (SEC Exhibit No. 11 was marked for
10           identification.)
11   BY MR. FISCHER:
12   Q   And it's an e-mail from you.  And then
13 there's a response from Kieran Kuhn, which cc's Ms.
14 Palanker and Ms. Hopkins?
15   A   Yes.
16   Q   And you see your e-mail says, "I have
17 attached two logos to try and target online gamblers on
18 Facebook."
19   A   Yes.
20   Q   It says that you can draw from the following
21 tag lines?
22   A   Yes.
23   Q   Were you proposing to Mr. Kuhn that they use
24 this to market --
25   A   I proposed it to Tairyn.

Page 166

1    Q   Okay.  And do you see Mr. Kuhn is responding?
2    A   "Not a bad idea, I think they are probably
3  the same audience and a decent conversion from an
4  online gambler to an active trader." Okay?
5    Q   What was your relationship to Mr. Kuhn?
6    A   Kieran loved the machine.  He loved the
7  technology and he was trying to build out online
8  subscribers to WealthMakers.
9    Q   Did you have an arrangement with him where he
10 was to obtain online subscribers?
11   A   We didn't have a contract or requesting.  We
12 just worked together to try and get subscribers for
13 WealthMakers.
14   Q   Did you ever have a WealthMakers office?
15   A   Yeah, he had an office separate from his
16 Small Cap -- SCR Small Cap Resources.  It was connected
17 by an open door, but they were totally separate.  So
18 WealthMakers he had people on the telephone trying to
19 sell subscriptions, and in another office he had people
20 doing business with Zirk.
21   Q   And who ran the WealthMakers office?
22   A   Kieran did.
23   Q   Okay.  And did you have a -- an arrangement
24 with him to do that?
25   A   No.

Page 167

1    Q   He just randomly started doing this by
2  himself?
3    A   Yeah, he was probably doing it with Zirk or
4  Charlie, but I was totally aware of.
5    Q   Did you have any involvement in that
6  arrangement?
7    A   What arrangement?
8    Q   Did you know if he got compensated for that?
9    A   I never got compensated for it.  They were --
10 Charlie and him had an authorized net account to sign
11 up subscribers, and I think they got 20 or 30
12 subscribers at anywhere between 99 and $350 a month.
13 He was trying to get more per month.  But I never saw
14 the account.  I never saw how much money they did.  I
15 have no idea.
16   Q   So who authorized him to do that?
17   A   Zirk.  I'm guessing Zirk.
18   Q   Okay.  So you had no role in that.
19       Did you have a role in authorizing Mr. Kuhn
20 to offer WealthMakers subscriptions at his Long Island
21 office?
22   A   Zirk told me Kieran was opening an office,
23 was going to hire people on the telephone to sell
24 WealthMakers subscriptions, and I said great.  And I
25 even went out there on two different occasions and

Page 168

1  worked with the guys on the telephones and explained
2  the strategies to them and picked which research
3  reports that the machine was dynamically generating.
4  Out of the eight that came out, I said, "This one looks
5  like it would be a really good one."
6    Q   Did you receive any compensation for Mr.
7  Kuhn's efforts?
8    A   No.
9    Q   Did you communicate with Mr. Kuhn?
10   A   I did.
11   Q   About that?
12   A   About WealthMakers' subscribers, sure.
13   Q   About anything else?
14   A   Possibly.  I don't remember specifically, but
15 possibly.
16   Q   And how frequently did you communicate with
17 them?
18   A   I don't remember, but weekly.  I spoke to
19 them weekly.
20   Q   Okay.  Going back to the e-mail from you to
21 Tairyn.
22       Does this reflect your idea about targeting
23 online gamblers on Facebook?
24   A   Yes, for the subscriptions for WealthMakers
25 subscriptions.