# Exhibit F

Page 285

1  Q  Did I understand she was jealous of your
2  relationship with Zirk?
3  A  I believe so.
4  Q  Who was the Roth referred to here?
5  A  I believe his name was Kyle, yes, and Roth
6  Capital is three minutes from my house.  And I had met
7  Kyle, and Kyle was one of their mining people.  And we
8  were showing Kyle the project and asking them to invest
9  in it.
10 Q  Did they?
11 A  No.
12 Q  Did they say why not?
13 A  No.
14 Q  So did you have any second thoughts after
15 showing your presentation to a mining expert and having
16 them, basically, giving you the back of the hand?
17 A  No, I assume that because it was 7,000 miles
18 away and in Chile and not easy for them to -- they went
19 there once, but not easy for them to have a
20 relationship with a Chilean company that they passed
21 for a different deal.
22 Q  Who is Mr. Todd Sluzas, who is listed on the
23 e-mail above that?
24 A  Oh, Todd Sluzas was Bill Farley's right-hand
25 man, and Bill Farley was an investor in Casablanca

Page 286

1  Mining, and he became -- I believe he became the CEO of
2  Lustros or Sulfatos, Chile.
3  Q  He was a big investor in Casablanca; right?
4  A  I believe so.
5  Q  Do you recall what his dollar investment was?
6  A  I believe it was a million, or 1.2 million.
7  Q  What's the worth of that investment now?
8  A  Say again?
9  Q  What's the worth of that million dollar
10 investment now?
11 A  Nothing, zero.
12 Q  Have you ever made presentations Casablanca
13 at public conferences?
14 A  Public conferences?  I remember doing one.
15 Q  Where?
16 A  Don't remember.  I believe I had to travel
17 there, though.  I don't remember where it was.  Oh, you
18 know what it was?  It was at a Ruth Chris Steakhouse in
19 New York, I believe it was.
20 Q  Do you often going to investor meetings at
21 Ruth Chris in New York?
22 A  Never.
23 Q  Let me show you Something.  Maybe this could
24 refresh your recollection.
25 A  Oh, yeah, the Merriman Capital, yeah.

Page 287

1  MR. FISCHER:  Take a look at this.  This has
2  been marked as Exhibit 23.
3           (SEC Exhibit No. 23 was marked for
4           identification.)
5  THE WITNESS:  Okay.
6  BY MR. FISCHER:
7  Q  Is this the presentation you were referring
8  to?
9  A  No.  I do not believe so.
10 Q  Okay.  What -- this appears to be a
11 description of various meeting at what's been
12 identified here as the Merriman, capital investor
13 Summit 2012?
14 A  Yeah.
15 Q  And there's a schedule for Casablanca Mining
16 and it appears to indicate a list of meetings from 8:00
17 a.m. through 3:00 p.m. between you and various people.
18 A  Okay.
19 Q  Do you recall going to this?
20 A  I did.  I was in, like, a hotel room, I
21 believe it was.  And I believe -- I only remember two
22 or three people showing up to the hotel room.
23 Q  For two to three per meeting slot or --
24 A  No, in total.
25 Q  Who?

Page 288

1  A  Liolios group I met with.  And the reason why
2  is they have an office next to Roth Capital in Newport
3  Beach.
4  Q  Okay.
5  A  So somehow they became because they knew I
6  was local in Newport Beach.
7  Q  Okay.
8  A  And I don't remember which of anybody else.
9  Q  And who at Liolios attended?
10 A  I don't remember their names.  I see them
11 there, but I don't remember if this was -- if it was
12 one or both of them or any of them.  But I -- I
13 remember meeting with Liolios Group.
14 Q  But you can't remember sitting here today
15 which specific individual --
16 A  I cannot.
17 Q  And do you recall what you said to them at
18 this meeting?
19 A  I would have presented, basically, my
20 overview on the mining properties in Chile.
21 Q  Did you have any discussions with Zirk after
22 this about the fact that you got stood up by a whole
23 bunch of people?
24 A  I believe I told him I only ended up meeting
25 with two people, maybe three, out of list, and it was a