# Exhibit K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>      v.<br><br>THOMAS CARTER RONK,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  18-cv-08908 (GBD)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)**

Plaintiff Securities and Exchange Commission ("SEC") makes the following initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure to defendant Thomas Carter Ronk. The SEC reserves the right to amend or supplement each of these disclosures as may become necessary or appropriate or for the purpose of authentication.

**I.   Initial Disclosures Regarding Individuals Under
       Fed. R. Civ. P. 26(a)(1)(A)(i)**

Based on information presently and reasonably available to it, the SEC identifies the following persons as those likely to have discoverable information that it may use to support its claims against the defendants:

| | Individual | Subjects of information |
|---|---|---|
| 1. | **Christopher Calvert**<br>████████████████<br>San Diego, CA 92109<br>████████ | Investor—communications with defendant concerning issuers. |

| **Individual** | **Subjects of information** |
|---|---|
| 2. **Joel Caplan** <br> ▇▇▇▇▇▇▇▇▇▇▇▇ <br> Easthampton, MA 01027 <br> ▇▇▇▇▇▇ | Investor—communications with defendant concerning issuers. |
| 3. **John Chester** <br> ▇▇▇▇▇▇▇▇▇▇▇▇ <br> Columbus, OH 43215 <br> ▇▇▇▇▇▇▇▇▇▇ | Investor—communications with defendant concerning issuers. |
| 4. **Robert Dailey** <br> ▇▇▇▇▇▇▇▇ <br> Charlotte, NC 28217 | Investor—communications with defendant concerning issuers. |
| 5. **William Delaney** <br> ▇▇▇▇▇▇▇▇ <br> Colonia, NJ 07067 | Investor—communications with defendant concerning issuers. |
| 6. **Robert Dickey** <br> ▇▇▇▇▇▇▇▇ <br> Lisbon, OH 44432 | Investor—communications with defendant concerning issuers.  And Participant—communications with defendant concerning Casablanca Mining Ltd. ("Casablanca") and Lustros, Inc. ("Lustros"). |
| 7. **Joseph DiPrima** <br> ▇▇▇▇▇▇▇▇ <br> Trabuco Canyon, CA 92679 <br> ▇▇▇▇▇▇ | Investor—communications with defendant concerning issuers. |
| 8. **William Hlavin** <br> ▇▇▇▇▇▇▇▇ <br> Fairlawn, OH 44333 <br> ▇▇▇▇ | Investor—communications with defendant concerning issuers. |
| 9. **Jack Gregory** | Investor—communications with defendant concerning issuers. |
| 10. **Randall McCathren** <br> ▇▇▇▇▇▇▇▇ <br> Nashville, TN 37205 <br> ▇▇▇▇ | Investor—communications with defendant concerning issuers. |
| 11. **George McCord** <br> ▇▇▇▇▇▇▇▇ <br> Long Beach, CA 90802 <br> ▇▇▇▇ | Investor—communications with defendant concerning issuers. |

| | **Individual** | **Subjects of information** |
|---|---|---|
| 12. | **Fred McWilliams** | Investor—communications with defendant concerning issuers. |
| 13. | **Catherine Shimonowsky**<br>Peoria, AZ 85345 | Investor—communications with Kuhn and Victor Alfaya concerning issuers. |
| 14. | **Thomas Shimonowsky**<br>Peoria, AZ 85345 | Investor—communications with Kuhn and Victor Alfaya concerning issuers. |
| 15. | **Raymond Walton**<br>Poway, CA 92064 | Investor—communications with defendant concerning issuers. |
| 16. | **Victor Alfaya**<br>Port Washington, NY 11050 | Participant—communications with investors and Kuhn concerning Casablanca, Gepco, Ltd. ("Gepco"), and Lustros. |
| 17. | **Jason Cope**<br>FCI Morgantown<br>Morgantown, WV 26501 | Participant—communications with defendant concerning Casablanca, WealthMakers, Ltd. ("WealthMakers"), and Lustros. |
| 18. | **Izak Zirk de Maison**<br>**(f/k/a Izak Zirk Engelbrecht)**<br>CI D. Ray James<br>Highway 252 East<br>Folkstown, GA 31537 | Participant—communications with defendant concerning The Wealth Foundation, Ltd., WealthMakers, Casablanca, Gepco, and Lustros. |
| 19. | **Charlotte ("Charlies") Hopkins**<br>Redlands, CA 92373 | Participant—communications with defendant concerning Casablanca and WealthMakers. |
| 20. | **Kieran Kuhn**<br>Residential Reentry Management Field Office<br>100 29th Street<br>Brooklyn, NY 11232 | Participant—communications with defendant concerning Casablanca, Gepco, WealthMakers, and Lustros. |
| 21. | **Tairyn Palanker** | Participant—communications with defendant and Kuhn |

| Individual | Subjects of information |
|---|---|
| Dallas, TX 75204 | concerning Casablanca, Gepco, WealthMakers, and Lustros. |
| 22. **Peter Voutsas**<br><br>Kula, HI 96790-8501 | Participant—communications with defendant concerning Gepco. |

## II. Initial Disclosures Regarding Documents Under Fed. R. Civ. P. 26(a)(1)(A)(ii)

Based on information presently and reasonably available to it, the SEC identifies the following documents, electronically stored information, and tangible things that are in its possession, custody, or control and that it may use to support its claim against the defendants: materials provided to the SEC in the course of the investigation by the SEC's staff of the defendant by the following corporate entities and persons: Aegis Capital, Ally Invest (MB Trading), Alpine Securities, American Registrar & Transfer Co., Apex Clearing, AT&T, Inc., Bandwidth.com, Bank of America, Charter Communications, Citibank, City National Bank, Continental Stock Transfer & Trust Company, COR Clearing, Cox Communications, De Joya Griffith and Company, E*Trade Securities, Google, Inc., Grace Financial Group, JPMorgan Chase & Co., Level 3 Communications, Lustros, Inc., M&K CPAs, PLLC, Magna Group, LLC, Manhattan Beach Trading, Martinez-Ayme Securities, Meyers Associates, LP, National Financial Services LLC, Nirvana Systems, Inc., Oppenheimer & Co., Inc., Phone.com, RBC Capital Markets, LLC, SchoolsFirst Federal Credit Union, Scottrade, Small Cap Resource Corp., Sprint, Sterne Agee, LLC, TD Ameritrade, Telmetrics, TradeStation Securities, Inc. US Bank, Verizon, Wedbush Securities, Inc., Wells Fargo Bank, N.A., Yahoo!, Inc.; and Kieran Kuhn, Zirk Engelbrecht, John Chester, Spender Edwards, Gregory Goldstein, Maggie Jameson, Andrea Kaffka, Ronald Loshin, Angelique de Maison, Paul Meyer, Mark Ross, Henrietta Russell, Peter Voutsas, Davis Wilson, and David Wolff.

4

The items are located at the SEC's New York Regional Office at Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281.

### III. Initial Disclosures Regarding Damages Under Fed. R. Civ. P. 26(a)(1)(A)(iii)

The SEC does not claim or seek damages from the defendant. Rather, it seeks various forms of equitable relief and remedial sanctions. The two forms of monetary relief sought by the Commission are disgorgement and civil penalties.

With respect to disgorgement, the SEC seeks an order requiring the defendant to disgorge illicit profits or other ill-gotten gains that he received, and all amounts by which he was unjustly enriched, as a result of the violations of the federal securities laws alleged in the SEC's Complaint, plus prejudgment interest. Further discovery will be required regarding the computation of the amounts of the defendant's disgorgement, and the SEC reserves the right to amend or supplement the foregoing disclosure as appropriate.

With respect to civil penalties, the SEC seeks an order requiring defendants to pay civil monetary penalties pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934 for the violations of the federal securities laws alleged in the SEC's Complaint. The maximum amount of potential penalty per violation is set forth in the foregoing statute and in regulations promulgated thereunder.

### IV. Initial Disclosures Regarding Insurance Agreements Under Fed. R. Civ. P. 26(a)(1)(A)(iv)

Not applicable.

SECURITIES AND EXCHANGE COMMISSION

*/s/ Barry O'Connell*

Barry O'Connell
Brookfield Place
200 Vesey Street
New York, NY 10281
Tel: (212) 336-9089

Dated: February 8, 2019
      New York, New York

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 8, 2019, I served the Securities and Exchange Commission's Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) by mail pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure on the following:


Dated: February 8, 2019
       New York, New York

_____
Barry O'Connell

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS CARTER RONK<br><br>        Defendant. | Case No: 1:18-cv-08908-GBD<br><br>**DEFENDANT THOMAS CARTER RONK'S INITIAL DISCLOSURES TO PLAINTIFF** |

**DEFENDANT'S INITITAL DISCLOSURES**

Defendant Thomas Carter Ronk ("Mr. Ronk") makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

**A.    Persons Likely to Have Discoverable Information**

Mr. Ronk may rely upon the following individuals who likely have discoverable information in support of his claims or defenses in this case. Mr. Ronk reserves the right to add individuals to, or subtract individuals from, this list as warranted based upon information obtained during discovery in this case. The addresses and phone numbers provided herein are the last known that Defendant is aware of.

1. Mr. Ronk
   (Contact through counsel)
   David W. Wiechert

Jahnavi Goldstein
Law Office of David W. Wiechert
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822

Mr. Ronk is the Defendant in this matter. Mr. Ronk is the sole owner of Century Pacific Investments, LLC ("Century Pacific"), a California regulated and registered investment adviser headquartered in Corona Del Mar. Mr. Ronk is sole owner, President and Chief Executive Officer of Buyins.net, Inc. a company offering algorithm based stock analysis, which is headquartered in Corona Del Mar, CA. Mr. Ronk will likely have relevant information to rebut Plaintiff Securities Exchange Commission's ("SEC" or "Commission") allegations in paragraphs 1, 2, 3 of its Complaint (Dkt. 1), referred to herein as the "Alleged Schemes"; and/or to the allegations in paragraph 5 of the Complaint, referred to herein as the "Alleged Violations".

2. Izak Zirk de Maison/Engelbrecht ("Engelbrecht")
   BOP Number: 68186-112
   D. Ray James ICE/BOP Detention Center
   Folkston, Georgia

Engelbrecht was charged and pled guilty to various offenses, including securities fraud, before the United States District Court for the Northern District of Ohio, in *United States v. Izak Zirk De Maison*, Crim. Information No. 1:15-cr-117 (N.D. Ohio, Apr. 2, 2015), for which he was sentenced to a term of imprisonment of 151 months. Engelbrecht's conviction was related in large part to the three entities at issue in the Complaint's Alleged Schemes: Casablanca Mining Ltd. ("Casablanca"), Gepco, Ltd. ("Gepco"), and Wealthmakers, Ltd. ("Wealthmakers"). In Engelbrecht's criminal case the

government asserted that Engelbrecht was the architect of the Alleged Schemes and assuming the accuracy of the government's assertions, therefore would have percipient knowledge of and information relevant to Mr. Ronk's involvement or lack of involvement in the various aspects of the Alleged Schemes.

3. Charlotte R. Hopkins ("Hopkins")
   Address as listed on SEC Subpoena issued to her:
   ███████████.
   San Diego, CA 92104
   ███████████

Hopkins was a close associate of Engelbrecht's and was personally responsible for soliciting several investors to invest in the entities relevant to the Alleged Schemes. Hopkins also served as an officer and director of Wealthmakers. She is likely to have information relevant to the Alleged Schemes and Alleged Violations.

4. Peter Voutas ("Voutas")
   ███████████.
   Beverly Hills, CA  90210
   ███████████

Voutas was an associate of Engelbrecht's for over five years and together they formulated the idea of creating Gepco. Engelbrecht proposed acquiring Voutas' successful jewelry business and Voutas developed the business model for Gepco, of which he was suppose to serve as Chief Executive Officer of. Voutas may be the "associate" referred to in the allegations set forth in paragraph 27 of the Complaint and will likely have information relevant to Gepco and the Alleged Schemes.

5. Robert Dickey ("Dickey")
   Ohio
   ███████████

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dickey was the key contact person for the five Ohio investors that invested in Casablanca, and Dickey personally traveled to the mining operation in Chile to conduct due diligence for the Ohio investors. He is likely to have information relevant to Casablanca and the Alleged Schemes.

    6. Kieran Kuhn ("Kuhn")
       Port Washington, New York

Kuhn pled guilty to various offenses, including securities fraud, a portion of which were related to the entities named in the Alleged Schemes, before the United States District Court for the Northern District of Ohio, in *United States v. Kieran T. Kuhn*, Crim. Information No. I:15-cr-288 (N.D. Ohio, Sept. 18, 2015), for which he was sentenced to a term of imprisonment of 44 months and recently released early. Kuhn's involvement in the Alleged Schemes is repeated throughout the Complaint, including his communication with Defendant, and Kuhn has percipient knowledge and information likely relevant to the Alleged Schemes.

    7. Trish Malone ("Malone")
       Address as listed on SEC Subpoena issued to her:
       Redlands, CA 92373

Malone served as Engelbrecht's accountant for over ten years and has intimate knowledge of his business dealings, including those at issue in the Alleged Schemes. As a Board of Member of both Casablanca and Gepco she likely has percipient knowledge of and information relevant to the Alleged Schemes.

**B.   Documents that May Contain Discoverable Information**

Mr. Ronk has previously identified and produced extensive information and voluminous documents which were in his possession, custody, or control, to the SEC regarding himself and numerous entities, including Casablanca, Gepco, and Wealthmakers, pursuant to: i) a formal Subpoena to Mr. Ronk dated April 6, 2017; and ii) an email request from SEC enforcement attorney Howard Fisher for additional documents dated May 11, 2018. This prior production by Mr. Ronk consist of Bates Numbers RONK_000001 – RONK_715539; production letters to the SEC dated April 21, 2017, May 15, 2017, June 13, 2017, June 30, 2017 (email), and May 31, 2018; and a Wells submission dated August 14, 2018. Mr. Ronk was recently served with a Subpoena related to his entity Century Pacific dated January 4, 2019, for which the SEC has agreed to an extended production deadline of March 1, 2019.

Mr. Ronk reasonably believes the documents and information previously produced (and that may be produced under the recent Century Pacific subpoena) that relate to himself, Buyins.net, Century Pacific, Casablanca, Gepco, Wealthmakers, and any of the individuals (including, without limitation, Investor A, Investor B, and the "Associate") identified in the Complaint, and/or identified above in Section A of this disclosure may be relevant to support his claims or defenses unless they would be used solely for impeachment purposes.

**C.   Computation of Damages**

None.  Mr. Ronk reserves the right to seek any relief allowed by law.

D. **Insurance Agreements**

Mr. Ronk is aware of no agreement or policy by which an insurer may be liable to satisfy part or all of a judgment that may be entered in the action against him or to indemnify or reimburse Mr. Ronk for payments made to satisfy any ordered restitution or penalties assessed in this matter.

Dated: February 8, 2019          Respectfully submitted:


                                 */s/ David W. Wiechert*


                                 LAW OFFICE OF DAVID W. WIECHERT
                                 DAVID WIECHERT (admitted pro hac vice)
                                 JAHNAVI GOLDSTEIN (admitted pro hac vice)
                                 27136 Paseo Espada, Suite B1123
                                 San Juan Capistrano, CA 92675
                                 Telephone: (949) 361-2822
                                 Facsimile: (949) 361-5722
                                 Email: dwiechert@aol.com
                                 Email: jahnavi@davidwiechertlaw.com
                                 Attorneys for Defendant Thomas Carter Ronk

6
DEFENDANT THOMAS CARTER RONK'S INITIAL DISCLOSURES TO PLAINTIFF

# CERTIFICATE OF SERVICE

I, Jahnavi Goldstein, an attorney at the Law Office of David W. Wiechert, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, CA 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On February, 2018, I served the forgoing document, described as **DEFENDANT THOMAS CARTER RONK'S INITIAL DISCLOSURES TO PLAINTIFF** on all interested parties as follows:

[ ]   **BY MAIL:**  I caused such envelope(s) to be deposited in the mail at San Juan Capistrano, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   **BY E-MAIL:**  I caused a copy to be transmitted electronically via email to Plaintiff attorneys Barry O' Connell at OConnellB@SEC.GOV and Howard Fischer at FischerH@SEC.GOV.

[ ]   **BY ECF:**
I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the New York Southern District Court using its ECF system, which electronically notifies counsel for that party.

[ ]   **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2019 at Nashville, TN.


*/s/ Jahnavi Goldstein*
Jahnavi Goldstein