UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>THOMAS CARTER RONK,<br><br>                    Defendant. | No. 1:18-cv-08908-GBD |

**STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA**

This stipulation is made by and between the undersigned counsel for Plaintiff United States Securities and Exchange Commission ("Commission") and Defendant Thomas Carter Ronk ("Ronk").

WHEREAS, on September 28, 2018, the Commission filed a Complaint against Ronk in the above-captioned case (the "Action") in this Court;

WHEREAS, on February 5, 2019, Ronk filed a Motion to Transfer Venue to the Central District of California; Or, In the Alternative, To Dismiss the Complaint (the "Motion"), which seeks to transfer this Action to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1404(a) or 1406(a), or, in the alternative, seeks to dismiss the Complaint;

WHEREAS, the Commission and Ronk have agreed that the Commission shall consent to the transfer of this Action to the United States District Court for the Central District of California under 28 U.S.C. § 1404(a), which permits transfer of a civil action "to any district or division to which all parties have consented," so long as: Ronk (i) withdraws his pending Motion [Docket Entry 26]; and (ii) agrees that he will not move to dismiss this Action under Federal Rule of Civil

Procedure 12(b) on any grounds during the pendency of this Action or seek a change in venue once this Action is transferred to the Central District of California;

WHEREAS, the Commission and Ronk also have agreed that Ronk shall file his Answer to the Complaint on or before May 13, 2019;

NOW THEREFORE, the Commission and Ronk, by and through their undersigned counsel, and subject to the Court's approval for transferring this Action on consent, hereby stipulate and agree as follows:

1. Ronk hereby withdraws his pending Motion, filed on February 5, 2019 [Docket Entry 26].

2. Ronk shall not file a motion to dismiss this Action under Federal Rule of Civil Procedure 12(b) on any grounds during the pendency of this Action and shall not seek a change in venue of this Action after it has been transferred to the Central District of California.

IT IS HEREBY ORDERED that this Action shall be and hereby is TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) on the parties' consent.

Dated:   New York, New York
         March 28, 2019

                                         U.S. SECURITIES & EXCHANGE COMMISSION

                                         By: _____
                                             Barry O'Connell
                                             U.S. Securities & Exchange Commission
                                             New York Regional Office
                                             200 Vesey Street, Suite 400
                                             New York, New York 10281-1022
                                             (212) 336-9089

                                             *Attorney for Plaintiff*
                                             *U.S. Securities & Exchange Commission*

LAW OFFICE OF DAVID W. WIECHERT

By: *Jahnavi Goldstein*
Jahnavi Goldstein
Law Office of David W. Wiechert
27136 Paseo Espada, Ste. B1123
San Juan Capistrano, CA 92675
(949) 361-2822

*Attorney for Defendant*
*Thomas Carter Ronk*

SO ORDERED:

_____
George B. Daniels
United States District Judge

3